AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) |
|---|---|
| v. | ) |
| Omar Lozano-Sanchez | ) Case No: 1:10CR00197-001 |
| | ) USM No: 09848-028 |
| Date of Original Judgment: 07/07/2011 | ) |
| Date of Previous Amended Judgment: | ) Sara Varner |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 87 months **is reduced to** 70 months* .

*(Complete Parts I and II of Page 2 when motion is granted)*

> A CERTIFIED TRUE COPY
> Laura A. Briggs, Clerk
> U.S. District Court
> Southern District of Indiana
> By _____
> Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated 07/07/2011 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 11, 2015

Effective Date: 11/01/2015
*(if different from order date)*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana